## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DAVID LOPEZ-ROMERO,

    Petitioner,

v.

TODD LYONS, Acting Director, Immigration and Customs Enforcement; MARY DE ANDA YBARRA, Director, El Paso Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA JO BONDI, Attorney General of the United States, in their official capacities,

    Respondents.

Civil No. 2:25-cv-01113-MIS-KBM

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 Emergency Relief Requested under 28 U.S.C. § 2243 filed on November 7, 2025, ECF No. 1, and on the Petitioner's Motion for Order to Show Cause, ECF No. 2. The Court GRANTS Petitioner's Motion, ECF No. 2, as follows.

**IT IS ORDERED** that Petitioner effectuate service on Respondents, including serving copies of this Order and the Petition on Respondents, and file a certificate of service on the record.

**IT IS FURTHER ORDERED** that Respondents **SHOW CAUSE** within three (3) days of service of this Order and the Petition why the Petition should not be granted.

-2-

**IT IS FINALLY ORDERED** that Petitioner may file a reply brief within fourteen (14) days after the Respondents' response to this Order and the Petition is filed.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE