### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

DAVID LOPEZ-ROMERO,

    Petitioner,

v.

TODD LYONS, Acting Director,
Immigration and Customs Enforcement;
MARY DE ANDA YBARRA, Director, El
Paso Field Office, Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary of the U.S. Department of
Homeland Security; and PAMELA JO
BONDI, Attorney General of the United
States, in their official capacities,

    Respondents.

Civil No. 2:25-cv-01113-MIS-KBM

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Magistrate Judge to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.[1]

The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.

The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).

---

[1] The Parties are reminded that they may consent to the Magistrate Judge at any time by submitting Form AO 85.

-2-

Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE